**Order filed November 3, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00506-CR

———————

**RANDY  RANDALL  RODGERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 14CR3525**

## ORDER

Neither the clerk's record nor the reporter's record in this case has been filed. On August 23, 2016, the court granted appellant's motion for an extension of time to pay for the records until September 22, 2016.

We order the district clerk to file the clerk's record in this appeal by **December 2, 2016**. The district clerk shall notify this court if appellant has not paid or made arrangements to pay for the clerk's record.

On September 2, 2016, the court reporter notified the court that appellant had not arranged to pay for the record. However, on September 30, 2016, appellant filed a letter with the court, attached to which was an email from the court reporter dated September 2, 2016, indicating payment arrangements had been made.

We order **Jennifer Hall**, the official court reporter, to file the reporter's record in this appeal by **December 2, 2016**.

PER CURIAM